1  SHAWN N. ANDERSON
   United States Attorney
2  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
5  FAX: (671) 472-7215


FILED
DISTRICT COURT OF GUAM
AUG 27 2020
JEANNE G. QUINATA
CLERK OF COURT

6  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 20-00092 |
|---|---|
| Plaintiff, | **COMPLAINT** |
| vs. | **ATTEMPTED POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE** |
| RICKY JAMES JR. SALAS SANTOS, | [21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii)] |
| Defendant. | |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

On or about August 26, 2020, in the District of Guam and elsewhere, the defendant RICKY JAMES JR. SALAS SANTOS, knowingly and intentionally attempted to possess with intent to distribute, fifty (50) or more grams of methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COMPLAINANT FURTHER STATES:

I, Jason Correa, being duly sworn, do hereby depose and say the following:

1. I am a federal agent employed with the Drug Enforcement Administration, currently assigned to the District of Guam, with thirteen (13) years of law enforcement experience, duly

Complaint

1

appointed according to law and acting as such. Part of my responsibilities is the investigation of controlled substances within all United States Territories, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846 (the Drug Abuse Prevention and Control Act). I have experience investigating violations of illegal narcotics and have received training relative to criminal investigations and narcotics trafficking from the Drug Enforcement Administration.

2. This affidavit is intended to show merely that there is sufficient probable cause to support the issuance of a criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter.

3. On August 24, 2020, this Honorable Court issued Search Warrant, MJ-20-00087, for a package addressed to Shane Salas, 118 Abanbang Loop, Yigo, Guam 96929, hereafter referred to as the Salas package. Upon execution, approximately 470 grams of a white crystalline substance was discovered inside said package. The substance was subsequently removed and field tested presumptive positive for the presence of methamphetamine.

4. On August 25, 2020, this Honorable Court issued Tracking Warrant MJ 20-00088 and Anticipatory Warrant MJ20-00089, for the Salas package.

5. On August 26, 2020, the Salas package was wired up with a breacher and GPS tracking device. The methamphetamine was removed and replaced with "sham." Sham is an item used to resemble methamphetamine, but is not methamphetamine. The bags of sham were sprayed with clue spray and placed inside the Salas package and re-wrapped to match its original condition. Additionally, the same exterior containers and interior contents inside the Salas package were also placed back into the re-wrapped package. At approximately 10:45 a.m., the Salas package with parcel mail box key was placed in the mail box assigned to 118 Abanbang Loop, Yigo, Guam 96929. At approximately 4:32 p.m., an Asian Pacific Islander male, wearing

Complaint

2

a grey shirt and tan shorts retrieved the parcel box key from the mail box assigned to 118 Abanbang Loop. The Asian Pacific Islander male then opened the parcel box mail box to retrieve the Salas package inside the parcel mail box. The Asian Pacific Islander male presented two forms of identification with the name Ricky James Jr Salas SANTOS (hereinafter referred to as SANTOS). SANTOS retrieved parcel 9405 5036 9930 0493 3491 73 (Salas package) and then entered into the driver's side of a gray Toyota Tacoma bearing Guam License Plates IN1976 (hereinafter referred to as the gray Tacoma). SANTOS placed the package into the gray Tacoma from the driver's side. SANTOS drove around the neighborhood block in a loop before returning to 118 Abanbang Loop residence. SANTOS exited the gray Tacoma and entered 118 Abanbang Loop residence carrying the Salas package. SANTOS was then observed, a few minutes later, walking around outside on the left side of 118 Abanbang Loop residence approaching a fire pit contained in a 55 gallon barrel. SANTOS was observed re-entering the 118 Abanbang Loop residence. At approximately 4:40 p.m., the breacher signal indicated that the sham Salas package had been opened. At approximately 4:44 p.m., SANTOS was observed exiting the 118 Abanbang Loop residence and entering the driver's side of the gray Tacoma. At approximately 4:45 p.m., a traffic stop was conducted in the drive way of 118 Abanbang Loop. SANTOS was the driver of the vehicle. The Salas package had been discarded and the contents containing the sham was discovered scattered on a bed in one of the bedrooms within the residence. The breacher and packaging box material of the Salas package was found tossed in the fire pit of the 55 gallon barrel located on the left side of the residence. SANTOS was transported to Sirena Plaza to be interviewed. At approximately 5:30 p.m., SANTOS was read his Miranda Warnings and agreed to speak with DEA Special Agent Jason Correa and USPIS Inspector Benjamin Whitsitt. SANTOS stated he did not know anything about any package. SANTOS stated he had drove

Complaint

3

around in the gray Tacoma in the neighborhood and back to the 118 Abanbang Loop so he could shoot chickens. SANTOS said he entered the 118 Abanbang Loop residence to retrieve his pellet gun on the table and to go to the side of the residence to check the fire pit contained in a 55 gallon barrel. SANTOS stated he did not wish to answer any more questions investigators had to ask.

6. Investigators executed the search warrant at the residence at 118 Abanbang Loop. Search of the residence investigators discovered approximately 1,191 grams of suspected methamphetamine concealed in a bag of Cesar dog food. The suspected methamphetamine was tested and resulted in a presumptive positive field test for methamphetamine.

7. Based on the foregoing, I have probable cause to believe that, Ricky James Jr. Salas SANTOS, has committed the offense of Attempted Possession of Methamphetamine with Intent to Distribute in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

FURTHER AFFIANT SAYETH NAUGHT

DATED this 27th day of August 2020.

Jason Correa
Special Agent
Drug Enforcement Administration

SUBSCRIBED AND SWORN TO before me on this 27th day of August, 2020.

MICHAEL J. BORDALLO
U.S. Magistrate Judge
District of Guam