# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____ Superseding Indictment _____

**Related Case Information:**
Docket Number **20-00092**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __x__ No

Defendant Name _____Ricky James Jr. S. Santos_____

Alias Name _____

Address _____XXX Abanbang Loop_____

_____Yigo, GU 96929_____

Birthdate __Xx/xx/ 88__ SS# __xxx-xx-__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA _____Rosetta L. San Nicolas_____

**Interpreter:** __x__ No ____ Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____   ☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _____   _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 USC841a1 | Attempted Possession of Methamphetamine With Intent to Distribute | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8/27/20__    Signature of AUSA: _____[signature]_____