# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-20-00092　　　　　　　　　　　DATE: August 27, 2020

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　　Hearing Times: 3:45 - 3:50

**APPEARANCES:**
Defendant: Ricky James Jr. Salas Santos　　　Attorney: Briana Kottke
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　　　U.S. Agent:
U.S. Probation: Jeffrey Ventura - telephonic appearance
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on a Complaint**
- Subject to the submission of the Financial Affidavit: Briana Kottke, Assistant Federal Public Defender appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant advised of his charges.
- Detention Hearing is set for September 1, 2020 at 10:45
- Preliminary Examination is set for September 10, 2020 at 10:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.
- I, Walter M. Tenorio, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: