# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY JAMES JR. SALAS SANTOS,<br><br>Defendant. | MAGISTRATE CASE NO. 20-00092<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED THAT the **FEDERAL PUBLIC DEFENDER** is appointed to represent the Defendant, subject to the submission of a financial affidavit.



**/s/ Michael J. Bordallo**
**U.S. Magistrate Judge**
**Dated: Aug 27, 2020**