# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: MJ-20-00092　　　　　　　　　DATE: September 01, 2020

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Hearing Times: 10:53 - 10:55

**APPEARANCES:**

Defendant: Ricky James Jr. Salas Santos　　Attorney: Briana Kottke
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent:
U.S. Probation: Janet Yamashita - telephonic appearance
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Detention Hearing**
- Mrs. Kottke moved to withdraw the detention hearing and will file a motion at a later date.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: