SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
|---|---|
| Plaintiff, | INDICTMENT |
| | **ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 846 & 841(a)(1) & (b)(1)(A)(viii)]<br>(Count 1) |
| vs. | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii)]<br>(Count 2) |
| RICKY JAMES JR. SALAS SANTOS, | |
| Defendant. | **NOTICE OF FORFEITURE**<br>[21 U.S.C. § 853] |

THE GRAND JURY CHARGES:

<u>**COUNT 1 - ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**</u>

On or about August 26, 2020, in the District of Guam, the defendant RICKY JAMES JR. SALAS SANTOS, knowingly and intentionally attempted to possess with intent to distribute fifty (50) or more grams of methamphetamine hydrochloride, a Schedule II controlled substance,

INDICTMENT - 1

In violation of Title 21, United States Code, Section 846, 841(a)(1) and (b)(1)(A)(viii).

## COUNT 2 - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

On or about August 26, 2020, in the District of Guam, the defendant RICKY JAMES JR. SALAS SANTOS, knowingly and intentionally possessed with intent to distribute fifty (50) or more grams of methamphetamine hydrochloride, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## NOTICE OF FORFEITURE

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Upon conviction of any Title 21 controlled substance offense alleged in Counts 1 and 2 of this Indictment, the defendant, RICKY JAMES JR. SALAS SANTOS, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, and intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following:

3. **MONEY JUDGMENT**

A sum of money representing the amount of proceeds obtained as a result of the offense.

4. **SUBSTITUTE ASSETS**

If any of the property described above, as a result of any act or omission of the defendant:
    a. Cannot be located upon the exercise of due diligence;
    b. Has been transferred or sold to or deposited with, a third party;
    c. Has been placed beyond the jurisdiction of the Court;
    c. Has been substantially diminished in value; or
    d. Has been comingled with other property which cannot be subdivided without

INDICTMENT - 2

difficulty;

The United States of America, shall be entitled to forfeiture of substitute property, pursuant to Title 21 U.S.C. § 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED this 9th day of September, 2020.

A TRUE BILL.

REDACTED
REDACTED

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: 

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

INDICTMENT - 3