# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-20-00021  DATE: September 10, 2020

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio  Hearing Times: 9:59 - 10:04

**APPEARANCES:**

Defendant: Ricky James Jr. Salas Santos  Attorney: Briana Kottke
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas  U.S. Agent:
U.S. Probation: Jeffrey Ventura
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment (zoom hearing)**
- Defendant consented to appear by video.
- Defendant waives reading of Indictment.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Not guilty to the charges.
- Trial Scheduling Order executed.
- Jury Trial is set for November 17, 2020 at 10:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.
- I, Walter M. Tenorio, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: