SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION FOR EXTENSION OF TIME TO PROVIDE DISCOVERY** |
| RICKY JAMES JR. SALAS SANTOS, | |
| Defendant. | |

      The United States hereby moves for a two (2) week extension of time to comply with its discovery obligations pursuant to Criminal Local Rule 16 of the Criminal Local Rules of Practice and Rule 16 of the Federal Rules of Criminal Procedure, and in support states as follows:

      1.    Defendant was arraigned on September 10, 2020. At arraignment, the Court ordered the Government to provide discovery to the Defendant by September 17, 2020. ECF 10. In compliance with the Court's September 10, 2020 Order (ECF 10), the Government provided 315 pages of discovery to defense counsel on September 11, 2020. The United States has additional

1

1. discovery to produce in this case and has been working diligently to extract and process this discovery for production in a readily reviewable and searchable electronic format.

2. On September 3, 2020, the Magistrate Judge issued search warrants for the Defendant's three electronic devices (MJ 20-00095, MJ 20-00096 and MJ 20-00097). The extraction of information from the three electronic devices is ongoing, however this endeavor is a time consuming process. The Government requests for an extension of time for good cause as the Government is unable to produce the results of the electronic device extractions in accordance with the Court's September 10, 2020 Order.

3. It is the United States' intention to provide additional discovery to the defendant within two weeks after the September 17, 2020 deadline, or on or before October 1, 2020.

For the reasons set forth above, the United States requests that this Court extend the deadline for the production of the United States' discovery for at least two (2) weeks.

RESPECTFULLY SUBMITTED on September 12, 2020.

SHAWN N. ANDERSON
United States Attorney

By: /s/ Rosetta L. San Nicolas
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney