1  SHAWN N. ANDERSON
   United States Attorney
2  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
|---|---|
| Plaintiff. | |
| vs. | **ORDER** |
| RICKY JAMES JR. SALAS SANTOS, | Granting Motion for Extension of Time to Provide Discovery (ECF No. 11) |
| Defendant. | |

Upon review of the United States' Motion for Extension of Time to Provide Discovery and for good cause shown, the court grants said motion and orders that the United States shall have until October 1, 2020, to provide the Defendant with the additional discovery obtained from a search of the three electronic devices described in the motion.

IT IS SO ORDERED.

/s/ Michael J. Bordallo
U.S. Magistrate Judge
Dated: Sep 11, 2020