JOHN T. GORMAN
Federal Public Defender

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Ricky James Jr. Salas Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 20-00021 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | WAIVER AND CONSENT TO APPEAR BY VIDEO OR TELEPHONIC MEANS |
| RICKY JAMES JR. SALAS SANTOS, | ) | |
| Defendant. | ) | |

    Defendant, through undersigned counsel, waives in-person court appearances and consents to video-conference or telephonic appearances for all court proceedings during emergency conditions due to the COVID19 pandemic. This waiver and consent is made knowingly, intelligently, and voluntarily after having been fully advised by counsel. Defendant waives signature hereon and will confirm or has confirmed this waiver and consent on the record.

    DATED: Mongmong, Guam, September 14, 2020.

/s/



Attorney for Ricky James Jr. Salas Santos