SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>RICKY JAMES JR. SALAS SANTOS,<br><br>　　　　　　　Defendant. | CRIMINAL CASE 20-00021<br><br>**UNITED STATES' SUBMISSION RE: JURY NULLIFICATION** |

Comes now the United States, through Rosetta L. San Nicolas, Assistant U.S. Attorney and provides this submission regarding jury nullification. The Government objects to any jury questions, argument, or evidence directed at jury nullification.

In *United States v. Kleinman*, 880 F.3d 1020 (9th Cir. 2017), the Ninth Circuit explained:

> Jury nullification occurs when a jury acquits a defendant, even though the government proved guilt beyond a reasonable doubt. *United States v. Powell*, 955 F.2d 1206, 1212–13 (9th Cir. 1991). It is well established that jurors have the power to nullify, and this power is protected by "freedom from recrimination or sanction" after an acquittal. *Merced v. McGrath*, 426 F.3d 1076, 1079 (9th Cir. 2005). However, juries do not have a *right* to nullify, and courts have no corresponding duty to ensure that juries are able to exercise this power, such as by giving jury instructions on the power to nullify. *Id*. at 1079–80. On the contrary, "courts have the duty to forestall or prevent [nullification], whether by firm instruction or admonition or ... dismissal of an offending juror," because "it is the duty of juries in criminal cases to take the law from the court, and apply that law to the facts as they find them to be from the evidence. *Id.*

1

The Government objects to any jury questions, argument, or evidence directed at jury nullification.

Respectfully submitted this 15TH day of October, 2020.

                                            SHAWN N. ANDERSON
                                            United States Attorney
                                            Districts of Guam and the NMI

                              By:    /s/ Rosetta L. San Nicolas
                                            ROSETTA L. SAN NICOLAS
                                            Assistant U.S. Attorney