JOHN T. GORMAN
Federal Public Defender

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Ricky James Jr. Salas Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 20-00021 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION TO SET DETENTION HEARING |
| | ) | |
| RICKY JAMES JR. SALAS SANTOS, | ) | |
| Defendant. | ) | |

Ricky James Jr. Salas Santos, respectfully moves this Honorable Court for an order setting a detention hearing in this matter based on the recent Third Party Custodian and Location Monitoring Assessment Report filed on October 22, 2020.

DATED: Mongmong, Guam, October 26, 2020.

/s/

Briana E. Kottke
Assistant Federal Public Defender
District of Guam

Attorney for Ricky James Jr. Salas Santos