JOHN T. GORMAN
Federal Public Defender

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Ricky James Jr. Salas Santos

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 20-00021 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | Granting Motion to Set Detention Hearing |
| RICKY JAMES JR. SALAS SANTOS, | ) | (ECF No. 20) |
| Defendant. | ) | |

Upon motion of the Defendant and for good cause shown, the court grants the Defendant's motion and orders that a detention hearing shall be held on Thursday, October 29, 2020, at 11:30 a.m. Defense counsel shall ensure that the proposed third party custodian is available to participate at the hearing by video conference.

IT IS SO ORDERED.



/s/ Michael J. Bordallo
U.S. Magistrate Judge
Dated: Oct 27, 2020