SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' SUBMISSION OF EXHIBITS FOR DETENTION HEARING** |
| RICKY JAMES JR. SALAS SANTOS, | |
| Defendant. | |

Comes now the United States, through Rosetta L. San Nicolas, Assistant U.S. Attorney and provides the attached Exhibits to be referred to at the detention hearing scheduled for October 29, 2020.

Respectfully submitted this 29TH day of October, 2020.

                                                                     SHAWN N. ANDERSON
                                                                     United States Attorney
                                                                      Districts of Guam and the NMI

                                    By:    /s/ Rosetta L. San Nicolas
                                                ROSETTA L. SAN NICOLAS
                                                Assistant U.S. Attorney