GOVERNMENT EXHBIT 1

"Salas" Package, 470 grams



