GOVERNMENT EXHIBIT 2

(Cesar Dog Food Bag, 1,191 grams)

