GOVERNMENT EXHIBIT 3

("Santos" Package, 2,257 grams)

