# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-20-00021　　　　　　　　　　　DATE: October 29, 2020

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter M. Tenorio | Hearing Times: 11:31 - 11:52 |
| | 12:03 - 12:15 |

**APPEARANCES:**

Defendant: Ricky James Jr. Salas Santos　　　Attorney: Briana Kottke
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas　　　　　U.S. Agent:
U.S. Probation: Janet Yamashita
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Detention Hearing (Video)**

- Defendant appeared by video-conference with consent.
- Defense and the United States argued their positions on Defendant's release.
- Court finds that Defendant has overcome the presumption under Section 3142(e)(3) and orders him released to two third party custodians (Elias and Michelle Salas) with conditions as discussed in court.
- Court ordered the United States to provide defense with all exculpatory evidence as follows: "Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court."
- I, Walter M. Tenorio, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: