# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
| Plaintiff, | |
| vs. | ORDER |
| RICKY JAMES JR. SALAS SANTOS, | |
| Defendant. | |

Before the court is the Government's Motion for Reconsideration of Order of Release. *See* ECF No. 25. Defendant shall file a response no later than November 6, 2020. Government shall file a reply no later than November 10, 2020. The court will hear the matter on November 17, 2020, at 1:30 p.m.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Nov 02, 2020**