SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY JAMES JR. SALAS SANTOS,<br><br>Defendant. | CRIMINAL CASE NO. 20-00021<br><br>**MOTION TO WITHDRAW GOVERNMENT'S MOTION FOR RECONSIDERATION OF ORDER TO RELEASE AND VACATE MOTION HEARING** |

COMES NOW the United States of America and moves to withdraw its Motion for Reconsideration of Order to Release (ECF 25) in the above case. The Government also moves this Honorable Court for an Order vacating the motion hearing currently set for November 17, 2020, at 1:30 pm

Dated this 17th day of November, 2020.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By:  /s/ Rosetta L. San Nicolas
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney