SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICHOLAS
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

## THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
| Plaintiff, | |
| vs. | ORDER RE: MOTION TO WITHDRAW GOVERNMENT'S MOTION FOR RECONSIDERATION OF ORDER TO RELEASE AND VACATE MOTION HEARING |
| RICKY JAMES JR. SALAS SANTOS, | |
| Defendant. | |

Before the court is the United States' Motion to Withdraw Government's Motion for Reconsideration of Order to Release and Vacate Motion Hearing. *See* ECF No. 29. Said motion is hereby **GRANTED**. The hearing currently set for November 17, 2020, is **VACATED**.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Nov 17, 2020**