JOHN T. GORMAN
Federal Public Defender

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Ricky James Jr. Salas Santos

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 20-00021 |
|---|---|---|
| Plaintiff, | ) ) | MOTION TO RE-SCHEDULE |
| vs. | ) ) | REVOCATION HEARING HEARING |
| | ) | |
| RICKY JAMES JR. SALAS SANTOS, | ) ) | |
| Defendant. | ) ) | |

Ricky James Jr. Salas Santos, moves this Honorable Court for an order re-scheduling the Revocation Hearing scheduled for December 8, 2020, at 11:15 a.m., to the afternoon of December 8, 2020.

This motion is made because defense counsel has an Emergency Motion to Reduce Sentence Hearing that was recently reset for December 8, 2020, at 10:15 a.m., in United States of America vs. Julian Robles before the Honorable Frances Tydingco-Gatewood and will likely take several hours to complete.

Assistant United States Attorney, Rosetta San Nicolas, has no objection to

this motion.

DATED: Mongmong, Guam, December 4, 2020.

/s/



Briana E. Kottke
Assistant Federal Public Defender
District of Guam

Attorney for Ricky James Jr. Salas Santos

2