# UNITED STATES DISTRICT COURT
for the
District of Guam

**FILED**
DISTRICT COURT OF GUAM
DEC 0 7 2020
JEANNE G. QUINATA
CLERK OF COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| | ) | Case No. 1:20-cr-00021-001 |
| Ricky James Jr. Salas Santos | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Pretrial Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | District Court of Guam
520 W. Soledad Avenue
3rd Floor U.S. Courthouse
Hagatna, Guam 96910 | Courtroom No.: | 3rd Floor |
|---|---|---|---|
| | | Date and Time: | 12/08/2020 11:15 am |

This offense is briefly described as follows:
See attached Petition for Action on Conditions of Pretrial Release filed on 12/01/2020.

U.S. MARSHALS-GUAM RECEIVED 2020 DEC -2 PM 4: 25

Date: 12/02/2020

*Issuing officer's signature*

CECILIA M. SCROGGS, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 12.4.2020

*Server's signature*

John Vega DUSM
*Printed name and title*

**ORIGINAL**