# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## REVOCATION

CASE NO.: CR-20-00021                    DATE: December 08, 2020

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                    Court Recorder: Cynthia Sablan
Courtroom Deputy: Walter M. Tenorio              Hearing Times: 1:36 - 1:44

**APPEARANCES:**

Defendant: Ricky James Jr. Salas Santos          Attorney: Briana Kottke
☑ Present ☐ Custody ☐ Bond ☑ P.R.               ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas
U.S. Probation: Trina Duenas                     U.S. Agent:

Interpreter:                                     Language:

**PROCEEDINGS: Initial Appearance re Petition for Action on Pretrial Release**
- Defendant consented to appear by video.
- Mrs. Kottke addressed the court on the defendant's violations. Court continues the matter.
- Continued Answering re Petition for Action on Pretrial Release is set for December 17, 2020 at 10:00 a.m.
- Government objected to the continued release of the defendant.
- Defendant to remain released.

NOTES: