KIM R. WALMSLEY
Chief U.S. Probation Officer
TRINA P. DUENAS
U.S. Probation Officer
The District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 969-4600
Fax: (671) 969-4601

THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO.: 20-00021-001 |
| Plaintiff, | |
| vs. | SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION |
| RICKY JAMES JR. SALAS SANTOS, | |
| Defendant. | |

I, U.S. Probation Officer Trina P. Duenas, am assigned to supervise the Court ordered conditions of pretrial release for Ricky James Jr. Salas Santos, and in this capacity, I declare as follows:

On December 1, 2020, a Petition for Action on Conditions of Pretrial Release was filed after Mr. Santos missed four drug tests and failed to provide a valid sample for drug testing. On December 8, 2020, an Initial Appearance on the Petition was held. The defendant's release was continued until the next hearing, which is currently scheduled for December 17, 2020.

The defendant is alleged to have committed the following in violation of 18 U.S.C. § 3142:

**Special Condition:** *Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.*

On December 11, 2020, Mr. Santos was scheduled for a drug test. He reported for testing as required and submitted a urine sample which tested presumptive positive for methamphetamine. The urine sample was sent for laboratory confirmation and results are pending. He admitted in writing to the use of "meth" on December 1, 2020. It is worth noting that current research suggests that methamphetamine is detectable in the urine for up to 72 hours.

**Recommendation**: This Probation Officer respectfully requests the Court consider this additional violation at the hearing scheduled for December 17, 2020 when determining if the defendant's bail should be revoked or modified, pursuant to 18 U.S.C. § 3148.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Supplemental Declaration in Support of Petition
Re: SANTOS, Ricky James Jr. Salas
Page 3

Executed this 15th day of December 2020, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

KIM R. WALMSLEY
Chief U.S. Probation Officer

By:  /s/ TRINA P. DUENAS
U.S. Probation Officer

Reviewed by:

 /s/ GRACE D. Flores
Deputy Chief U.S. Probation Officer