# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-20-00021          DATE: December 17, 2020

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Cynthia Sablan
Courtroom Deputy: Walter M. Tenorio      Hearing Times: 10:06 - 10:22

**APPEARANCES:**

Defendant: Ricky James Jr. Salas Santos      Attorney: Briana Kottke
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Benjamin Petersburg on behalf of Rosetta San Nicolas      U.S. Agent:
U.S. Probation: Trina Duenas
Interpreter:      Language:

**PROCEEDINGS:** Continued Answering re Petition for Action on Conditions of Pretrial Release (Video)

- Defendant appeared by video conference at the Federal Public Defenders Office.
- Defendant admits to all the latest violation in the supplemental declaration and clarifies that he is not sure of the exact date off his use.
- Probation officer Duenas requested that further restrictive conditions be imposed on the defendant, to include location monitoring, and his detention pending the installation of a GTA landline. Defense counsel objected, noting that there is immense amount of discovery to review with Defendant.
- Court modified defendant's release conditions to require that he be on home detention until location monitoring equipment is installed. The court ordered the TPC to make an appointment with GTA to install the landline and to notify the probation officer of the appointment date no later than the end of the business day Friday, December 18, 2020.
- Court also ordered the defendant to begin his drug treatment as soon as he is assessed.

NOTES: