PS 8
(4/07)

# THE DISTRICT COURT OF GUAM

U.S.A. vs: __Ricky James Jr. Salas Santos__  Docket No. __CR20-00021-001__

Petition for Action on Conditions of Pretrial Release

COMES NOW __TRINA P. DUENAS__ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Ricky James Jr. Salas Santos__ who was placed under pretrial release supervision by the __Honorable Michael J. Bordallo, Magistrate Judge__ sitting in the court at __Hagåtña, Guam__ on the __29th__ date of __October__, 20 __20__ under the following conditions:

*Please see Order Setting Conditions of Release filed on November 3, 2020.*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

*The Defendant committed violations of 18 U.S.C. § 3142.*

*Please see attached Declaration in Support of Petition and Request for a Summons*

PRAYING THAT THE COURT WILL:

*Pursuant to 18 U.S.C. §3148, order that a Summons be issued, and upon its execution, that the defendant appear at a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.*

## ORDER OF COURT

Finding good cause, the court orders that a summons be issued for the Defendant to appear on _____, at _____ a.m. to answer to the alleged violation.

Respectfully,

/s/ TRINA P. DUENAS
U.S. Pretrial Services Officer

Place: Hagåtña, Guam
Date: December 21, 2020

_____
MICHAEL J. BORDALLO
U.S. Magistrate Judge