PS 8
(4/07)

# THE DISTRICT COURT OF GUAM

U.S.A. vs: _Ricky James Jr. Salas Santos_  Docket No. _CR20-00021-001_

Petition for Action on Conditions of Pretrial Release

COMES NOW _TRINA P. DUENAS_ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant _Ricky James Jr. Salas Santos_ who was placed under pretrial release supervision by the _Honorable Michael J. Bordallo, Magistrate Judge_ sitting in the court at _Hagåtña, Guam_ on the _29th_ date of _October_, 20 _20_ under the following conditions:

*Please see Order Setting Conditions of Release filed on November 3, 2020.*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

*The Defendant committed violations of 18 U.S.C. § 3142.*

*Please see attached Declaration in Support of Petition and Request for a Summons*

PRAYING THAT THE COURT WILL:

*Pursuant to 18 U.S.C. §3148, order that a Summons be issued, and upon its execution, that the defendant appear at a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.*

## ORDER OF COURT

Finding good cause, the court orders that a summons be issued for the Defendant to appear on January 5, 2021, at 11:30 a.m. to answer to the alleged violation.

Respectfully,



/s/ TRINA P. DUENAS
U.S. Pretrial Services Officer

Place: Hagåtña, Guam
Date: December 21, 2020



**/s/ Michael J. Bordallo**
**U.S. Magistrate Judge**
**Dated: Dec 22, 2020**