KIM R. WALMSLEY
Chief U.S. Probation Officer
TRINA P. DUENAS
U.S. Probation Officer
The District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 969-4600
Fax: (671) 969-4601

THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO.: 20-00021-001 |
| ) | |
| Plaintiff, ) | |
| ) | SUPPLEMENTAL DECLARATION |
| vs. ) | IN SUPPORT OF PETITION |
| ) | |
| RICKY JAMES JR. SALAS SANTOS, ) | |
| ) | |
| Defendant. ) | |

I, U.S. Probation Officer Trina P. Duenas, am assigned to supervise the Court ordered conditions of pretrial release for Ricky James Jr. Salas Santos, and in this capacity, I declare as follows:

On December 21, 2020, a Petition for Action on Conditions of Pretrial Release was filed after Mr. Santos missed a drug test and then tested positive for methamphetamine. He is currently scheduled for an Initial Appearance on the Petition on January 5, 2021.

The defendant is alleged to have committed the following in violation of 18 U.S.C. § 3142:

Supplemental Declaration in Support of Petition
Re: SANTOS, Ricky James Jr. Salas
Page 2

**Special Condition:** *Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.*

On December 22, 2020, Mr. Santos was scheduled for a drug test. He reported for testing as required and submitted a urine sample which tested presumptive positive for methamphetamine. He admitted in writing to the use of "meth" on December 21, 2020.

**Supervision Compliance**: A landline was installed at the defendant's residence. He was placed on location monitoring on December 21, 2020. He has been compliant with the requirements of the location monitoring program. He also reported for a substance abuse assessment on December 22, 2020 and attended his first group session on December 29, 2020. Mr. Santos reported for a drug test on January 2, 2021 and tested negative.

**Recommendation**: This Probation Officer respectfully requests the Court consider this additional violation at the hearing scheduled for January 5, 2021, when determining if the defendant's bail should be revoked or modified, pursuant to 18 U.S.C. § 3148.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Supplemental Declaration in Support of Petition
Re: SANTOS, Ricky James Jr. Salas
Page 3

Executed this 4th day of January 2021, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

KIM R. WALMSLEY
Chief U.S. Probation Officer

By:  /s/ TRINA P. DUENAS
U.S. Probation Officer

Reviewed by:

 /s/ GRACE D. Flores
Deputy Chief U.S. Probation Officer