# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-20-00021  DATE: January 05, 2021

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Cynthia Sablan
Courtroom Deputy: Walter M. Tenorio  Hearing Times: 11:40 - 11:44

**APPEARANCES:**
Defendant: Ricky James Jr. Salas Santos  Attorney: Briana Kottke
☑Present ☐Custody ☐Bond ☑P.R.  ☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent:
U.S. Probation: Trina Duenas
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance re Petition for Action on Conditions of Pretrial Release - Video**
- Defendant consented to appear by video.
- Probation Officer Duenas reported the status of the defendant on Electronic Monitor and Home Confinement.
- Court admonished the defendant to comply with his release conditions.
- Status Hearing is set for January 26, 2021 at 9:30 a.m.
- Defendant to remain released.

NOTES: