JOHN T. GORMAN
Federal Public Defender

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Ricky James Jr. Salas Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 20-00021 |
| ) | |
| Plaintiff, ) | MOTION TO CONTINUE TRIAL |
| vs. ) | AND RELATED DATES |
| ) | PURSUANT TO 18 U.S.C. § 3161 |
| ) | |
| RICKY JAMES JR. SALAS SANTOS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Ricky James Jr. Salas Santos, through counsel, respectfully moves the Court for an order continuing the current briefing and trial schedule for approximately 90 days. This motion is made pursuant to 18 U.S.C. § 3161 as the discovery process is not complete and additional time is needed in order to provide effective assistance of counsel.

This motion is made because the Defense has propounding supplemental discovery requests to include: reports and photographs relating to the use of clue spray; handwritten notes of agents and officers involved in alleged surveillance of Mr. Santos; the laboratory results for DEA Exhibits 6 9 and 12 14; *Brady*, *Giglio*, and

*Henthorn* material; records relating to K-9 searches and K-9 records relating to training and certifications; among other things. The Government is still working on providing some of these materials to Mr. Santos.

As a result, the Defense is not able to meaningfully prepare motions or prepare for trial. In order to accommodate the time need to complete the supplemental discovery request, review the materials, complete needed investigation, and prepare motions, Mr. Santos requests that the Court set all motions for filing in approximately 90 days.

The ends of justice outweigh the best interest of the public and Mr. Santos in a speedy trial. Failure to grant the requested continuance would deny Mr. Santos effective assistance of counsel and unreasonably deny his and defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Mr. Santos is currently release on conditions.

DATED: Mongmong, Guam, January 6, 2021.

/s/



Briana E. Kottke
Assistant Federal Public Defender
District of Guam

Attorney for Ricky James Jr. Salas Santos