JOHN T. GORMAN
Federal Public Defender

BRIANA E. KOTTKE
Assistant Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Ricky James Jr. Salas Santos

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 20-00021 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | Granting Second Motion to Continue Trial |
| RICKY JAMES JR. SALAS SANTOS, | ) | and Related Dates (ECF No. 46) |
| | ) | |
| Defendant. | ) | |
| | ) | |

On January 6, 2021, Defendant filed a second Motion to Continue Trial and Related Dates. *See* ECF No. 46. The Defendant requested a 90-day continuance because the defense counsel intended to propound supplemental discovery requests in order to meaningfully prepares motions or prepare for trial. *Id.* at 1-2.

For good cause shown, the court hereby grants the motion for continuance. The current trial scheduling as set forth in the Order issued October 26, 2020, *see* ECF No. 22, is hereby amended as follows:

- **All Pretrial Motions**, including but not limited to discovery, *in limine*, suppression, and dismissal motions, shall be filed no later than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **April 7, 2021**
  ▸ **Opposition to all Motions** shall be filed the earlier of either one week after the filing of the motion(s) or no later than . . . . . **April 14, 2021**

- ▸ **Replies to Oppositions** shall be filed the earlier of either one week after the filing of the opposition(s) or no later than . . . . .  **April 21, 2021**

    **No late motions shall be filed without court approval. Failure to timely file an opposition to a motion may be deemed by the court as consent to the granting of such motion**.

- • **Trial Brief.** The Government shall file a trial brief in conformance with General Order No. 16-0002. The Government's trial brief shall be filed no later than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **April 23, 2021**

    - ▸ **Defendant's Response/Opposition & Trial Brief** shall be filed no later than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **April 30, 2021**

- • **Trial Materials** must be filed or lodged no later than . . . . . . . . . . . .  **May 3, 2021**

    - ▸ **An original and one copy of the witness list.** Witness lists must include legal names, aliases, nicknames, village/city of residence, and place of employment. *See also* General Order No. 16-0002.
    - ▸ **Proposed *Voir Dire* Questions, Proposed Jury Instructions with source noted, and Proposed Verdict Forms.**
    - ▸ **An original and three copies of the exhibit list.** Government's exhibits shall be numbered and Defendant's exhibits shall be lettered. *See also* General Order No. 16-0002.
    - ▸ **Three complete sets of marked and tabbed exhibits in three-ring binders, with each binder containing a filed copy of the exhibit list.** The exhibits shall include those items which may be introduced for identification into evidence but not necessarily proffered for admission, *i.e.*, police/investigative reports or witness statements. The parties shall meet and confer sufficiently in advance of trial and formulate a set of joint exhibits. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party. *An electronic copy of the exhibits shall also be submitted to the court.*

- • **Pretrial Conference and Hearing on all Motions** shall be held on . . .  **May 7, 2021, at 9:00 a.m.**

- • **Jury Selection and Trial** shall be held on . . . . . . . . . . . . . . . . . . . . .  **May 18, 2021, at 10:00 a.m.**

Furthermore, the court hereby tolls the period between the date of this Order to the May 18, 2021 trial date from the running of the speedy trial clock based on the court's finding that the ends of justice served by granting the continuance to provide defense counsel with reasonable time necessary to for effective preparation, taking into account the exercise of due diligence, outweigh the best interest of the public and the Defendants in a speedy trial.

IT IS SO ORDERED.



**/s/ Michael J. Bordallo**
     **U.S. Magistrate Judge**
**Dated: Jan 07, 2021**