KIM R. WALMSLEY
Chief U.S. Probation Officer
TRINA P. DUENAS
U.S. Probation Officer
The District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 969-4600
Fax: (671) 969-4601

THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.: 20-00021-001 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | SECOND SUPPLEMENTAL |
| vs. | ) | DECLARATION IN SUPPORT |
| | ) | OF PETITION |
| RICKY JAMES JR. SALAS SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |

I, U.S. Probation Officer Trina P. Duenas, am assigned to supervise the Court ordered conditions of pretrial release for Ricky James Jr. Salas Santos, and in this capacity, I declare as follows:

On December 21, 2020, a Petition for Action on Conditions of Pretrial Release was filed after Mr. Santos missed a drug test and then tested positive for methamphetamine. On January 4, 2021, a Supplemental Declaration was filed after he admitted to the use of methamphetamine on December 21, 2020. Mr. Santos was present for an Initial Appearance on the Petition on January 5, 2021. His release was continued and a Status Hearing is set for January 26, 2021.

Second Supplemental Declaration in Support of Petition
Re: SANTOS, Ricky James Jr. Salas
Page 2

The defendant is alleged to have committed the following in violation of 18 U.S.C. § 3142:

**Special Condition:** *Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.*

On January 6, 2021, Mr. Santos was scheduled for a drug test. He reported for testing as required and submitted a urine sample which tested presumptive positive for methamphetamine. He admitted in writing to the use of "meth" on January 4, 2021.

On January 11, 2021, Mr. Santos was scheduled for another drug test. He reported for testing as required and submitted a urine sample which tested presumptive positive for methamphetamine. He admitted in writing to the use of "meth" on January 10, 2021.

**Supervision Compliance**: Since the hearing on January 5, 2021, Mr. Santos has been compliant with his home detention and location monitoring conditions. He has been attending substance abuse treatment. A criminal records check was conducted and found no new arrests or pending criminal action.

Second Supplemental Declaration in Support of Petition
Re:  SANTOS, Ricky James Jr. Salas
Page 3

**Recommendation**:  This Probation Officer respectfully requests the Court consider this additional violation at the hearing scheduled for January 26, 2021, when determining if the defendant's bail should be revoked or modified, pursuant to 18 U.S.C. § 3148.

   I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

   Executed this 26th day of January 2021, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

                                                        Respectfully submitted,

                                                        KIM R. WALMSLEY
                                                        Chief U.S. Probation Officer

                                           By:    /s/ TRINA P. DUENAS
                                                        U.S. Probation Officer

Reviewed by:

/s/ GRACE D. Flores
Deputy Chief U.S. Probation Officer