# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## REVOCATION

CASE NO.: CR-20-00021                     DATE: January 26, 2021

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori                 Court Recorder: Cynthia Sablan
Courtroom Deputy: Walter M. Tenorio          Hearing Times: 9:15 - 9:38

**APPEARANCES:**

Defendant: Ricky James Jr. Salas Santos       Attorney: Briana Kottke

☑Present ☐Custody ☐Bond ☑P.R.               ☑Present ☐Retained ☑FPD ☐CJA

U.S. Attorney: Rosetta San Nicolas                          U.S. Agent:

U.S. Probation: Trina Duenas

Interpreter:                                                Language:

**PROCEEDINGS: Status Hearing (Video)**
- Defendant consented to appear by video.
- Defendant admits to all the allegations in the supplemental declaration.
- Parties argued on continued release.
- Revocation of pretrial release is granted.
- Court ordered the defendant to self surrender to the U.S. Marshals Service tomorrow January 27, 2021, no later then 9:00 a.m.

NOTES: