| | |
|---|---|
| **From:** | Briana Kottke |
| **To:** | rosetta.sannicolas▇▇▇▇▇▇▇▇▇▇▇) |
| **Subject:** | Santos |
| **Date:** | Tuesday, January 5, 2021 10:49:00 AM |

Hi Rosetta,

I hope you had a wonderful Christmas, and Happy New Year to you! I see that Santos's motions are due this week. I would like to bump his case out again because I still have some outstanding supplemental disco requests and may have substantive motions. Would you object to bumping this case out by 90 days?

I will go through all of my notes and figure out exactly what is still outstanding and get you a list of that, so we are on the same page. I know for sure I am still missing some reports about a search of his person relating to clue spray, all handwritten agent notes (I do have the Coast Guard guy's notes), and certification and training information on K9 Biker.

Let me know your position, and I will get something filed today or tomorrow.
~B

Briana E. Kottke
Assistant Federal Public Defender
District of Guam
400 Route 8, Suite 501
Mongmong, Guam 96910
Phone: (671) 472-7114
Fax: (671) 472-7120
https://gu.fd.org/

**EXHIBIT C**