SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO USE EXPERT TESTIMONY** |
| RICKY JAMES JR. SALAS SANTOS, | |
| Defendant. | |

Comes now the United States, through Assistant U.S. Attorney Rosetta L. San Nicolas and provides notice that the United States intends to use expert testimony pursuant to Federal Rules of Evidence § 702 and Federal Rules of Criminal Procedure Rule 16(a)(G).  The Government intends to call Ashley L. Bennett, Senior Forensic Chemist, Southwest Laboratory, Drug Enforcement Administration, as an expert at trial.  Forensic Chemist Bennett will testify concerning her findings, conclusions, opinions, and bases of her opinions.  Her opinions will be based on a forensic examination of the drug evidence recovered from the defendant on or about August 24 and August 26, 2020.  Her conclusions and opinions were formulated as a result of the examination and testing of the evidence confiscated.  In addition, Forensic Chemist Bennett will testify concerning the identification of methamphetamine hydrochloride and how a determination is

Expert Testimony

1

made of a drug ingredient, the methods and reasons for such, as well as explaining terminology and findings contained within the laboratory reports themselves.

Dated this 4th day of March, 2021.

                                                SHAWN N. ANDERSON
                                                United States Attorney
                                                Districts of Guam and NMI

By:   /s/ Rosetta L. San Nicolas
        ROSETTA L. SAN NICOLAS
        Assistant U.S. Attorney