SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICKY JAMES JR. SALAS SANTOS, <br><br> Defendant. | CRIMINAL CASE NO. 20-00021 <br><br> **UNITED STATES' WITNESS LIST** |

1. Jason Correa
   Special Agent, Drug Enforcement Administration
   Hagatna, Guam

2. Jeffrey D. Knight
   Special Agent, Drug Enforcement Administration
   Hagatna, Guam

3. Willie Hayes
   Special Agent, Drug Enforcement Administration
   Hagatna, Guam

4. Benjamin Whitsitt
   Postal Inspector, U.S. Postal Inspection Service
   Hagatna, Guam

5. Perry Ellis
   Postal Inspector, U.S. Postal Inspection Service
   Hagatna, Guam

1

6. Jeremiah A. Cruz
Task Force Officer, Drug Enforcement Administration
Hagatna, Guam

7. David Elliott
Task Force Officer, Drug Enforcement Administration
Hagatna, Guam

8. Henry James
Task Force Officer, Drug Enforcement Administration
Hagatna, Guam

9. Jan M. Dizon
Task Force Officer, Drug Enforcement Administration
Hagatna, Guam

10. Jeremiah DeChavez
Task Force Officer, Drug Enforcement Administration
Hagatna, Guam

11. Shawn Ayuyu
Task Force Officer, Drug Enforcement Administration
Hagatna, Guam

12. Ashley L. Bennett
Forensic Chemist, Drug Enforcement Administration
Vista, California

13. Nicholas Wellein
Special Agent, U.S. Coast Guard
Hagatna, Guam

14. Jonathan Calvo
Task Force Officer, USPS
Hagatna, Guam

Dated this 4th day of March, 2021.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: /s/ Rosetta L. San Nicolas
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney