

U.S. Department of Justice

United States Attorney's Office
Districts of Guam and the Northern Mariana Islands

COPY

---

District of Guam
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

District of the Northern Mariana Islands
United States Courthouse, Second Floor
1671 Gualo Rai Road
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

September 22, 2020

VIA HAND DELIVERY

Briana Kottke
Ste 501, FHB Bldg.
400 Rte 8
Maite, Guam 96910

FEDERAL DEFENDER
SEP 23 '20 AM 9:09

Re: United States v. Ricky Santos, CR 20-00021

Dear Briana:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and the Court's Standing Order on Criminal Discovery, enclosed is additional discovery that consists of four (4) CDs that contain extractions from the defendant's three (3) cell phones.

Please feel free to contact me at your convenience to discuss a possible resolution and/or the discovery information that has been provided. I can be reached at (671) 479-4115. Also, my email address is rosetta.sannicolas@usdoj.gov.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: /s/ Rosetta L. San Nicolas
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Enclosure



GOVERNMENT EXHIBIT 2