

U.S. Department of Justice

United States Attorney's Office
Districts of Guam and the Northern Mariana Islands

---

*District of Guam*
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

*District of the Northern Mariana Islands*
United States Courthouse, Second Floor
1671 Gualo Rai Road
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

September 25, 2020

VIA HAND DELIVERY

Briana Kottke
Ste 501, FHB Bldg.
400 Rte 8
Maite, Guam 96910

    Re:    United States v. Ricky Santos, CR 20-00021

Dear Briana:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and the Court's Standing Order on Criminal Discovery, enclosed is additional discovery that consists of DEA Reports that are bates numbered RSANTOS-00316 to RSANTOS 00348.

Please feel free to contact me at your convenience to discuss a possible resolution and/or the discovery information that has been provided. I can be reached at (671) 479-4115. Also, my email address is rosetta.sannicolas@usdoj.gov.

                                            SHAWN N. ANDERSON
                                            United States Attorney
                                            Districts of Guam and NMI

                            By:    /s/ Rosetta L. San Nicolas
                                     ROSETTA L. SAN NICOLAS
                                     Assistant U.S. Attorney

Enclosures

GOVERNMENT EXHIBIT 3

FEDERAL DEFENDER
SEP 28 '20 AM 9:37