

**U.S. Department of Justice**

United States Attorney's Office
Districts of Guam and the Northern Mariana Islands

---

*District of Guam*
*Sirena Plaza, Suite 500*
*108 Hernan Cortez Avenue*
*Hagåtña, Guam 96910*
*Tel: (671) 472-7332*
*Fax: (671) 472-7334*

*District of the Northern Mariana Islands*
*United States Courthouse, Second Floor*
*1671 Gualo Rai Road*
*P.O. Box 500377*
*Saipan, MP 96950*
*Tel: (670) 236-2980*
*Fax: (670) 236-2985*

October 2, 2020

<u>VIA HAND DELIVERY</u>

Briana Kottke
Ste 501, FHB Bldg.
400 Rte 8
Maite, Guam 96910

  Re: <u>United States v. Ricky Santos</u>, CR 20-00021

Dear Briana:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and the Court's Standing Order on Criminal Discovery, enclosed is additional discovery that consists of DEA Laboratory Reports that are bates numbered RSANTOS-00349 to RSANTOS 00352.

  Please feel free to contact me at your convenience to discuss a possible resolution and/or the discovery information that has been provided. I can be reached at (671) 479-4115. Also, my email address is rosetta.sannicolas@usdoj.gov.

              SHAWN N. ANDERSON
              United States Attorney
              Districts of Guam and NMI

         By:  /s/ Rosetta L. San Nicolas
            ROSETTA L. SAN NICOLAS
            Assistant U.S. Attorney

Enclosure



FEDERAL DEFENDER
OCT 2 '20 AM10:10



GOVERNMENT EXHIBIT 4