

U.S. Department of Justice

United States Attorney's Office
Districts of Guam and the Northern Mariana Islands

---

*District of Guam*
*Sirena Plaza, Suite 500*
*108 Hernan Cortez Avenue*
*Hagåtña, Guam 96910*
*Tel: (671) 472-7332*
*Fax: (671) 472-7334*

*District of the Northern Mariana Islands*
*United States Courthouse, Second Floor*
*1671 Gualo Rai Road*
*P.O. Box 500377*
*Saipan, MP 96950*
*Tel: (670) 236-2980*
*Fax: (670) 236-2985*

October 21, 2020

VIA HAND DELIVERY

Briana Kottke
Ste 501, FHB Bldg.
400 Rte 8
Maite, Guam 96910

     Re:    United States v. Ricky Santos, CR 20-00021

Dear Briana:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and the Court's Standing Order on Criminal Discovery, enclosed is additional discovery that consists of Special Agent Nicholas Wellein's reports that are bates numbered RSANTOS-00353 to RSANTOS 00366.

    Please feel free to contact me at your convenience, if needed, to discuss the discovery information that has been provided. I can be reached at (671) 479-4115. Also, my email address is rosetta.sannicolas@usdoj.gov.

                        SHAWN N. ANDERSON
                        United States Attorney
                        Districts of Guam and NMI

           By:    /s/ Rosetta L. San Nicolas
                    ROSETTA L. SAN NICOLAS
                    Assistant U.S. Attorney

Enclosures

