

U.S. Department of Justice

United States Attorney's Office
Districts of Guam and the Northern Mariana Islands

---

| District of Guam | District of the Northern Mariana Islands |
|---|---|
| Sirena Plaza, Suite 500 | United States Courthouse, Second Floor |
| 108 Hernan Cortez Avenue | 1671 Gualo Rai Road |
| Hagåtña, Guam 96910 | P.O. Box 500377 |
| Tel: (671) 472-7332 | Saipan, MP 96950 |
| Fax: (671) 472-7334 | Tel: (670) 236-2980 |
| | Fax: (670) 236-2985 |

November 2, 2020

**VIA HAND DELIVERY**

Briana Kottke
Ste 501, FHB Bldg.
400 Rte 8
Maite, Guam 96910

Re:  <u>United States v. Ricky Santos</u>, CR 20-00021

Dear Briana:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and the Court's Standing Order on Criminal Discovery, enclosed is additional discovery that consists of DEA lab reports that are bates numbered RSANTOS-00381 to RSANTOS 00383.

Please feel free to contact me at your convenience, if needed, to discuss the discovery information that has been provided. I can be reached at (671) 479-4115. Also, my email address is rosetta.sannicolas@usdoj.gov.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By:  /s/ Rosetta L. San Nicolas
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Enclosures

GOVERNMENT EXHIBIT 7

FEDERAL DEFENDER
NOV 3 '20 AM 9:07