

**U.S. Department of Justice**

*United States Attorney's Office*
*Districts of Guam and the Northern Mariana Islands*

---

*District of Guam*
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

*District of the Northern Mariana Islands*
United States Courthouse, Second Floor
1671 Gualo Rai Road
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

November 17, 2020

<u>VIA HAND DELIVERY</u>

Briana Kottke
Ste 501, FHB Bldg.
400 Rte 8
Maite, Guam 96910

      Re:    <u>United States v. Ricky Santos</u>, CR 20-00021

Dear Briana:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and the Court's Standing Order on Criminal Discovery, enclosed is additional discovery that consists of a CD containing the interview of the Defendant which is bates numbered RSANTOS-00384.

    Please feel free to contact me at your convenience, if needed, to discuss the discovery information that has been provided. I can be reached at (671) 479-4115. Also, my email address is rosetta.sannicolas@usdoj.gov.

                                                              SHAWN N. ANDERSON
                                                             United States Attorney
                                                             Districts of Guam and NMI

                                            By:    <u>/s/ Rosetta L. San Nicolas</u>
                                                       ROSETTA L. SAN NICOLAS
                                                       Assistant U.S. Attorney

Enclosures

