

U.S. Department of Justice

United States Attorney's Office
Districts of Guam and the Northern Mariana Islands

---

*District of Guam*
*Sirena Plaza, Suite 500*
*108 Hernan Cortez Avenue*
*Hagåtña, Guam 96910*
*Tel: (671) 472-7332*
*Fax: (671) 472-7334*

*District of the Northern Mariana Islands*
*United States Courthouse, Second Floor*
*1671 Gualo Rai Road*
*P.O. Box 500377*
*Saipan, MP 96950*
*Tel: (670) 236-2980*
*Fax: (670) 236-2985*

March 4, 2021

VIA HAND DELIVERY

Briana Kottke
Ste 501, FHB Bldg.
400 Rte 8
Maite, Guam 96910

    Re:    United States v. Ricky Santos, CR 20-00021

Dear Briana:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and the Court's Standing Order on Criminal Discovery, enclosed is additional discovery that consists of GCQA K-9 Certifications which are bates numbered RSANTOS-00385 to RSANTOS-00404.

    Please feel free to contact me at your convenience, if needed, to discuss the discovery information that has been provided. I can be reached at (671) 479-4115. Also, my email address is rosetta.sannicolas@usdoj.gov.

    SHAWN N. ANDERSON
    United States Attorney
    Districts of Guam and NMI

By: _____
    ROSETTA L. SAN NICOLAS
    Assistant U.S. Attorney

Enclosures

**GOVERNMENT EXHIBIT 9**