

U.S. Department of Justice

United States Attorney's Office
Districts of Guam and the Northern Mariana Islands

| | |
|---|---|
| *District of Guam* <br> Sirena Plaza, Suite 500 <br> 108 Hernan Cortez Avenue <br> Hagåtña, Guam 96910 <br> Tel: (671) 472-7332 <br> Fax: (671) 472-7334 | *District of the Northern Mariana Islands* <br> United States Courthouse, Second Floor <br> 1671 Gualo Rai Road <br> P.O. Box 500377 <br> Saipan, MP 96950 <br> Tel: (670) 236-2980 <br> Fax: (670) 236-2985 |

March 5, 2021

VIA HAND DELIVERY

Briana Kottke
Ste 501, FHB Bldg.
400 Rte 8
Maite, Guam 96910

      Re:    <u>United States v. Ricky Santos</u>, CR 20-00021

Dear Briana:

    Enclosed is the Grand Jury transcript for the above case.

    Please feel free to contact me at your convenience, if needed, to discuss any previous discovery information that has been provided or the transcript. I can be reached at (671) 479-4115. Also, my email address is rosetta.sannicolas@usdoj.gov.

                                            SHAWN N. ANDERSON
                                           United States Attorney
                                           Districts of Guam and NMI

                        By:    */s/ signature*
                                           ROSETTA L. SAN NICOLAS
                                           Assistant U.S. Attorney

Enclosure



GOVERNMENT EXHIBIT 11

FEDERAL DEFENDER
MAR 5 '21 AM 9:48