


**U.S. Department of Justice**

United States Attorney's Office
Districts of Guam and the Northern Mariana Islands

---

*District of Guam*
*Sirena Plaza, Suite 500*
*108 Hernan Cortez Avenue*
*Hagåtña, Guam 96910*
*Tel: (671) 472-7332*
*Fax: (671) 472-7334*

*District of the Northern Mariana Islands*
*United States Courthouse, Second Floor*
*1671 Gualo Rai Road*
*P.O. Box 500377*
*Saipan, MP 96950*
*Tel: (670) 236-2980*
*Fax: (670) 236-2985*

March 8, 2021

<u>VIA HAND DELIVERY</u>

Briana Kottke
Ste 501, FHB Bldg.
400 Rte 8
Maite, Guam 96910

FEDERAL DEFENDER
MAR 9 '21 AM 9:48

    Re:    <u>United States v. Ricky Santos</u>, CR 20-00021

Dear Briana:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and the Court's Standing Order on Criminal Discovery, enclosed is additional discovery that consists of U.S. Postal documents which are bates numbered RSANTOS-00405 to RSANTOS-00419.

    Please feel free to contact me at your convenience, if needed, to discuss any previous discovery information that has been provided or the transcript. I can be reached at (671) 479-4115. Also, my email address is rosetta.sannicolas@usdoj.gov.

    SHAWN N. ANDERSON
    United States Attorney
    Districts of Guam and NMI

By: _____
    ROSETTA L. SAN NICOLAS
    Assistant U.S. Attorney

Enclosure



GOVERNMENT EXHIBIT 12