

U.S. Department of Justice

United States Attorney's Office
Districts of Guam and the Northern Mariana Islands

---

*District of Guam*
*Sirena Plaza, Suite 500*
*108 Hernan Cortez Avenue*
*Hagatna, Guam 96910*
*Tel: (671) 472-7332*
*Fax: (671) 472-7334*

*District of the Northern Mariana Islands*
*Horiguchi Building, Third Floor*
*P.O. Box 500377*
*Saipan, MP 96950*
*Tel: (670) 236-2980*
*Fax: (670) 236-2985*

March 9, 2021

VIA HAND DELIVERY

**Briana Kottke**
Office of the Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, GU 96910

FEDERAL DEFENDER
MAR 9 '21 AM 10:19

Re: **United States v. Ricky James Jr. Salas Santos**
*District Court of Guam Case No. 20-CR-00021*

Dear Briana:

Enclosed are additional discovery documents, bates numbered **RSANTOS-00420** through **RSANTOS-00433**.

If you have any questions or wish to discuss this case, please feel free to contact me at your convenience. I can be reached at (671) 479-4115.

Sincerely,

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Encl.

GOVERNMENT EXHIBIT 13