JOHN T. GORMAN
Federal Public Defender

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Ricky James Jr. Salas Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 20-00021 |
| | ) | |
| Plaintiff, | ) | MOTION TO VACATE BRIEFING |
| vs. | ) | SCHEDULE AND REQUEST FOR |
| | ) | HEARING ON MOTION TO COMPEL |
| | ) | |
| RICKY JAMES JR. SALAS SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |

Ricky James Jr. Salas Santos, through counsel, respectfully moves the Court for an order vacating the current briefing schedule in this matter given the pending motion to compel additional disclosure of discovery, ECF 50. In addition, he requests a hearing on the motion to compel discovery before Chief Judge Tydingco-Gatewood and ruling on same prior to resetting the briefing schedule.

DATED: Mongmong, Guam, April 7, 2021.

/s/ 

Attorney for Ricky James Jr. Salas Santos