# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
| Plaintiff, | |
| vs. | ORDER |
| RICKY JAMES JR. SALAS SANTOS, | |
| Defendant. | |

Before the court is Defendant's Motion to Vacate Briefing Schedule and Request for Hearing on Motion to Compel. *See* ECF No. 60. Therein, Defendant requests that the Motion to Compel Discovery, ECF No. 50, be heard by the undersigned. Said request is **DENIED**, and the U.S. Magistrate Judge will hear this pretrial matter.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Apr 07, 2021**