# DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
| Plaintiff, | |
| vs. | **ORDER** |
| RICKY JAMES JR. SALAS SANTOS, | |
| Defendant. | |

The court schedules the Defendant's Motion to Compel Discovery for an in-person hearing on Thursday, April 15, 2021, at 9:45 a.m.

IT IS SO ORDERED.

/s/ Michael J. Bordallo
U.S. Magistrate Judge
Dated: Apr 08, 2021