AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

      Plaintiff,

V.

Ricky James Jr. Salas Santos,

      Defendant.

**NOTICE**

CASE NUMBER: 1:20-cr-00021

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

*Motion to Compel Discovery*

[ X ] **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | 4/15/2021 at 9:45 AM | 4/15/2021 at 10:45 AM |

JEANNE G. QUINATA, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

4/12/2021

DATE

/s/ Virginia T. Kilgore

(BY) DEPUTY CLERK