SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' PROPOSED VERDICT FORM** |
| RICKY JAMES JR. SALAS SANTOS, | |
| Defendant. | |

COMES NOW the United States and provides the proposed Verdict Form for use concerning defendant RICKY JAMES JR. SALAS SANTOS.

Respectfully submitted this 14th day of April, 2021.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: /s/ Rosetta L. San Nicolas
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY JAMES JR. SALAS SANTOS,<br><br>Defendant. | CRIMINAL CASE NO. 20-00021<br><br><br>VERDICT FORM |

**COUNT 1 – ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled cause unanimously find the defendant, RICKY JAMES JR. SALAS SANTOS, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A)(viii), Attempted Possession with Intent to Distribute Methamphetamine Hydrochloride:

    /   /     NOT GUILTY

    /   /     GUILTY

//

//

//

**COUNT 2 – POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

We, the Jury, in the above-entitled cause unanimously find the defendant, RICKY JAMES JR. SALAS SANTOS, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, Possession With Intent to Distribute Methamphetamine Hydrochloride:

/    /        NOT GUILTY

/    /        GUILTY

DATED this _____ of _____, 2021, at Hagatna.

_____
FOREPERSON