JOHN T. GORMAN
Federal Public Defender

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:  (671) 472-7111
Facsimile:  (671) 472-7120

Attorney for Ricky James Jr. Salas Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 20-00021 |
| | ) | |
| Plaintiff, | ) | UNOPPOSED MOTION TO |
| vs. | ) | CONTINUE HEARING |
| | ) | |
| RICKY JAMES JR. SALAS SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Ricky James Jr. Salas Santos, through counsel, respectfully moves the Court for an order continuing the hearing on his Motion to Compel Discovery, which is currently calendared for Thursday, April 15, 2021, at 10:45 a.m., for a period of one to two weeks. Assistant United States Attorney Rosetta San Nicolas does not object to this motion. Ricky has been consulted and agrees to this continuance.

      This motion is made because counsel has not had sufficient time to prepare for Mr. Santos's hearing because of extended court proceedings in CR 19-00048. Counsel

//

//

needs additional time to prepare arguments and meet with Ricky, who is currently incarcerated at the Hagatna facility. A one or two week continuance will allow for such preparation and meeting.

DATED: Mongmong, Guam, April 14, 2021.

/s/ 

Attorney for Ricky James Jr. Salas Santos