JOHN T. GORMAN
Federal Public Defender

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:     (671) 472-7111
Facsimile:     (671) 472-7120

Attorney for Ricky James Jr. Salas Santos

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 20-00021 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | Granting Motion to Continue Hearing |
| RICKY JAMES JR. SALAS SANTOS, | ) | (ECF No. 68) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the Defendant, without objection from the United States, and for good cause

shown, the court grants the Unopposed Motion to Continue hearing and orders that the hearing set

for April 15, 2021, be continued to Thursday, April 22, 2021, at 10:45 a.m.



**/s/ Michael J. Bordallo**
   **U.S. Magistrate Judge**
**Dated: Apr 14, 2021**