JOHN T. GORMAN
Federal Public Defender

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Ricky James Jr. Salas Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 20-00021 |
|---|---|---|
| Plaintiff, | ) | MOTION TO CONTINUE HEARING |
| vs. | ) | |
| RICKY JAMES JR. SALAS SANTOS, | ) | |
| Defendant. | ) | |

Ricky James Jr. Salas Santos, through counsel, respectfully moves the Court for an order continuing the hearing on his Motion to Compel Discovery, which is currently calendared for Thursday, April 22, 2021, at 11:00 a.m., for a period of one month.

This motion is made because counsel has not had sufficient time to prepare for Mr. Santos's hearing because of extended court proceedings in CR 19-00048. In addition, counsel believes witness testimony is necessary for this hearing, and she

//

//

needs additional time to prepare and serve witness subpoenas and complete necessary exhibits.

DATED: Mongmong, Guam, April 21, 2021.

/s/ 

Attorney for Ricky James Jr. Salas Santos