JOHN T. GORMAN
Federal Public Defender

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Ricky James Jr. Salas Santos

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 20-00021 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | Granting 2nd Motion to Continue Hearing |
| RICKY JAMES JR. SALAS SANTOS, | ) | (ECF No. 71) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon request of the Defendant and for good cause shown, the court grants the second Motion to Continue Hearing. The hearing on the Motion to Compel Discovery, previously set for April 22, 2021, is hereby continued to June 8, 2021, at 9:15 a.m.

The court further orders that any party who intends to present testimony or exhibits during the hearing shall file a witness list, together with a summary of the witnesses' anticipated testimonies and an estimate of time for each witness, and an exhibit list. Said documents shall be filed no later than June 1, 2021. All exhibits shall be pre-marked and submitted to the court no later than 24 hours before the hearing.

IT IS SO ORDERED.

/s/ Michael J. Bordallo
 U.S. Magistrate Judge
Dated: Apr 21, 2021