# DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
| Plaintiff, | |
| vs. | **ORDER** |
| RICKY JAMES JR. SALAS SANTOS, | |
| Defendant. | |

This case is scheduled to come before the court on May 7, 2021, for a pretrial conference, with trial set for May 18, 2021. The court notes that the Defendant's Motion to Compel Discovery is still pending, and defense counsel requested additional time to prepare and subpoena witnesses for the hearing on the motion. *See* Second Mot. Continue Hearing, ECF No. 71. Accordingly, the court vacates the current trial date and associated dates and deadlines, subject to its rescheduling upon resolution of the Motion to Compel Discovery.

IT IS SO ORDERED.



**/s/ Michael J. Bordallo**
   **U.S. Magistrate Judge**
**Dated: Apr 23, 2021**