FILED
DISTRICT COURT OF GUAM
MAY 28 2021
JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of Guam

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ricky James Jr. Salas Santos | ) | Case No. CR 20-00092 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Shawn Ayuyu, DEA TFO
108 Hernan Cortez, Suite 300
Sirena Plaza
Hagatña, Guam

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | District Court of Guam 520 W Soledad Ave Hagatña, Guam | Courtroom No.: | 3rd Floor |
|---|---|---|---|
| | | Date and Time: | 06/08/2021 1:00 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: MAY 27 2021

JEANNE G. QUINATA
CLERK OF COURT

Cecilia M. Scroggs
Deputy Clerk
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Ricky James Jr. Salas Santos, who requests this subpoena, are:

Briana E. Kottke
Assistant Federal Public Defender
400 Route 8, Suite 501
Hagatña, Guam 96910
briana_kottke@fd.org
(671) 472-7114

ORIGINAL

Case No. CR 20-00092

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Shawn Ayuyu, DEA TFO__
was received by me on *(date)* __5/27/2021__ .

☑ I served the subpoena by delivering a copy to the named person as follows: __Jeremiah Cruz, DEA TFO__

on *(date)* __5/28/2021__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __5/28/2021__

*Server's signature*

__Renate Doehl Grimes, Administrative Assistant__
*Printed name and title*

__400 Route 8, Suite 501, FHB Building, Hagatña, Guam 96910__
*Server's address*

Additional information regarding attempted service, etc: