# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-20-00021  DATE: June 08, 2021

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Cynthia Sablan
Courtroom Deputy: Walter M. Tenorio  Hearing Times: 1:13 - 1:52

**APPEARANCES:**
Defendant: Ricky James Jr. Salas Santos  Attorney: Briana Kottke
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent:
U.S. Probation: None Present
Interpreter:  Language:

**PROCEEDINGS: Motion to Compel**
- Parties presented respective arguments to the court.
- Court denied defense counsel's request to call witnesses and present testimony. Court stated that the court's ruling on the motion before it is not dependent on witness testimony.
- Court granted in part Defendant's Motion to Compel and will issue a written ruling as to the request to compel the disclosure of policies of procedures relating to the drafting of reports and conducting investigations.

NOTES: