## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
| Plaintiff, | |
| vs. | **THIRD AMENDED** |
| RICKY JAMES JR. SALAS SANTOS, | **TRIAL SCHEDULING ORDER** |
| Defendant. | |

Having resolved the Defendant's Motion to Compel Discovery, *see* ECF No. 50, the court hereby sets this matter for trial as follows:

- **Trial Brief.** The Government shall file a trial brief in conformance with General Order No. 16-0002. The Government's trial brief shall be filed no later than . . . . . . . . . . **July 16, 2021**

  - ▸ **Defendant's Response/Opposition & Trial Brief** shall be filed no later than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **July 23, 2021**

- **Trial Materials** must be filed or lodged with the court no later than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **July 26, 2021**

  - ▸ **An original and one copy of the witness list.** Witness lists must include legal names, aliases, nicknames, village/city of residence, and place of employment. *See also* General Order No. 16-0002.
  - ▸ **Proposed *Voir Dire* Questions, Proposed Jury Instructions with source noted, and Proposed Verdict Forms.**
  - ▸ **An original and three copies of the exhibit list.** Government's exhibits shall be numbered and Defendant's exhibits shall be lettered. *See also* General Order No. 16-0002.
  - ▸ **Three complete sets of marked and tabbed exhibits in three-ring binders, with each binder containing a filed copy of the exhibit list.** The exhibits shall include those items which may be introduced for identification into evidence but not necessarily proffered for admission, *i.e.*, police/investigative reports or witness statements. The parties shall <u>meet and confer</u> sufficiently in advance of trial and formulate a set of <u>joint exhibits</u>. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party. *An electronic copy of the exhibits shall also be submitted to the court.*

- **Pretrial Conference and Hearing on all Motions** shall be held on . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **July 30, 2021, at 9:00 a.m.**

- **Jury Selection and Trial** shall be held on . . . . . . . . . . . . . . . . . **August 10, 2021, at 10:00 a.m.**

IT IS SO ORDERED.



**/s/ Michael J. Bordallo**
**U.S. Magistrate Judge**
**Dated: Jul 06, 2021**