# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY JAMES JR. SALAS SANTOS,<br><br>Defendant. | CRIMINAL CASE NO. 20-00021<br><br><br>**ORDER** |

A status hearing for the above-captioned matter is hereby set for July 22, 2021, at 11:00 a.m. Parties shall be prepared to discuss with the court whether the trial currently set for August 10, 2021 is ready to proceed as scheduled.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jul 09, 2021**