# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
| Plaintiff, | |
| vs. | ORDER |
| RICKY JAMES JR. SALAS SANTOS, | |
| Defendant. | |

Before the court is Defendant's Objection to Order on Motion to Compel, Notice of Appeal, and Request for Hearing. *See* ECF No. 91. The Government shall file a response to the objection no later than July 29, 2021. Defendant shall file a reply no later than August 5, 2021. The court will hear the matter on August 16, 2021, at 9:00 a.m. The court vacates the trial date of August 10, 2021, the final pretrial conference set for July 30, 2021, and the deadline for trial materials currently due July 26, 2021. The status hearing set for July 22, 2021 is also vacated. The court will issue a new trial date once the motion is resolved.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jul 22, 2021**

1