# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: 1:20-cr-00021-001      DATE: July 29, 2021

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Karen Quitlong      Court Recorder: Carmen Santos
Courtroom Deputy: Carmen B. Santos      Hearing Times: 11:05 - 11:10

**APPEARANCES:**

Defendant: Ricky James Jr. Salas Santos      Attorney: Briana Kottke
DEFENDANT NOT PRESENT      ☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: None Present
Interpreter:      Language:

**PROCEEDINGS: In Chamber Telephone Conference**

- Court questioned parties' trial readiness.
- Court to hear Defendant's Objection to Order on Motion to Compel as scheduled for: August 16, 2021.
- Trial schedule will be discussed further at the August 16, 2021 Hearing.

NOTES: