**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Ricky James Jr. Salas Santos<br><br>        Defendant. | Case No. 1:20-cr-00021<br><br>**NOTICE OF FILING OF OFFICIAL TRANSCRIPT** |

| | |
|---|---|
| Rosetta San Nicolas<br>Suite 500, Sirena Plaza<br>108 Hernan Cortez Avenue<br>Hagatna, GU<br>96910 | Briana E. Kottke<br>400 Route 8, Suite 501<br>Mongmong, GU<br>96910 |

Notice is hereby given that an official transcript of proceeding has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. If such Notice is filed, the parties have twenty-one (21) days from the filing of the transcript to file with the court a Redaction Request containing the specific items requiring redaction.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/transcriber or view the document at the clerk's office public terminal.

Dated: 7/31/2021                                      /s/ **Jeanne G. Quinata**
                                                                                    Clerk of Court