JOHN T. GORMAN
Federal Public Defender

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam  96910
Telephone:  (671) 472-7111

Attorney for Ricky James Jr. Salas Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 20-00021 |
|---|---|---|
| Plaintiff, | ) ) ) | DEFENDANT'S WITNESS LIST |
| vs. | ) ) ) | |
| RICKY JAMES JR. SALAS SANTOS, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the order of this Court, Defendant hereby submits the following list of known possible witnesses for purposes of jury voir dire:

    1.    Elias Jr. S. Salas, Dededo;

    2.    Juliana Salas, Yigo;

    3.    Paul Lujan, Yigo;

    4.    Steve Salas, Yigo;

    5.    All witnesses listed or named by the Government;

    6.    Witnesses listed in the discovery given by the Government;

7. Witnesses as needed for impeachment or rebuttal.

The above are the only witnesses now known and expected to be presented for the defense. Defendant reserves the right to present other witnesses not now known, but whose identity may become known after or during the presentation of the Government's case in chief.

DATED: Mongmong, Guam, August 9, 2021.

/s/



Briana E. Kottke
Assistant Federal Public Defender
District of Guam

Attorney for Ricky James Jr. Salas Santos

2