JOHN T. GORMAN
Federal Public Defender

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam  96910
Telephone:  (671) 472-7111

Attorney for Ricky James Jr. Salas Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 20-00021 |
|---|---|---|
| Plaintiff, | ) ) ) | DEFENDANT'S EXHIBIT LIST |
| vs. | ) ) ) | |
| RICKY JAMES JR. SALAS SANTOS, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the order of this Court, Defendant hereby submits the following list of known possible Exhibits:

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| A-1 through A-28 | Defense Photographs of Scene | | |
| B-1 through B-4 | Satellite Maps of Scene | | |
| C | Search Warrant and Application from MJ 20-00069 | | |
| D | Search Warrant and Application from MJ 20-00087 | | |

| E | Search Warrant and Application from MJ 20-00088 | | |
|---|---|---|---|
| F | Search Warrant and Application from MJ 20-00089 | | |
| G | Search Warrant and Application from MJ 20-00090 | | |
| H | Reports of SA Jason Correa and Amendments thereto by him and TFO Henry James | | |
| I | Grand Jury Transcript | | |

Mr. Santos reserves the right to amend or supplement this list as needed.

DATED: Mongmong, Guam, August 9, 2021.

/s/



Attorney for Ricky James Jr. Salas Santos

2