JOHN T. GORMAN
Federal Public Defender

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Ricky James Jr. Salas Santos

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 20-00021 |
|---|---|
| Plaintiff, | ) DEFENDANT'S NOTICE OF USE OF |
| vs. | ) AFFIRMATIVE DEFENSE |
| RICKY JAMES JR. SALAS SANTOS, | ) |
| Defendant. | ) |

Ricky James Jr. Salas Santos, through counsel, respectfully provides notice of his intent to rely on the affirmative defense of mistaken identify.

DATED: Mongmong, Guam, August 9, 2021.

/s/


Attorney for Ricky James Jr. Salas Santos