# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: 1:20-cr-00021-001　　　　　　　　　　DATE: August 10, 2021

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Spencer Tolson　　　　　　　Court Reporter: Veronica Flores
Courtroom Deputy: Carmen B. Santos　　Hearing Times: 1:51 - 2:17

**APPEARANCES:**

Defendant: Ricky James Jr. Salas Santos　　Attorney: Briana E. Kottke
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　U.S. Agent: Ben Whitsitt, PI, USPIS
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: PRETRIAL CONFERENCE**
- Defense requested leave to file motion in limine re photographs.
- Court granted defense request and schedules the following: Defense motion due by 12:00 Noon, August 11, 2021; government reply/opposition due by 12:00 Noon, August 12, 20201; defense reply due by 4:00 PM, August 12, 2021.
- Proceedings continued to: August 13, 2021 at 9:30 AM
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: