SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY JAMES JR. SALAS SANTOS,<br><br>Defendant. | CRIMINAL CASE NO. 20-00021<br><br>**UNITED STATES' AMENDED EXHIBIT LIST** |

COMES NOW the United States, pursuant to the Order on Appeal (ECF 100) and General Order No. 16-0002 hereby files with the Court the following proposed amended exhibit list to be introduced in its case in chief. The Government reserves the right to amend or supplement this list as needed.

Respectfully submitted this 11th day of August, 2021.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: /s/ Rosetta L. San Nicolas
ROSETTA L. SAN NICOLAS
Assistant United States Attorney

# UNITED STATES' EXHIBIT LIST

Witness No. 1:     Benjamin Whitsitt

| Exhibit No. | Page No. | Description | Identified | Admitted |
|---|---|---|---|---|
| 1(a-f) | | Photographs of package intercepted on 7/13/20 addressed to: Shane Salas, 118 Abangbang Loop, Yigo, Guam 96929 | | |
| 2 | | Package intercepted on 7/13/20 addressed to: Shane Salas, 118 Abangbang Loop, Yigo, Guam 96929 | | |
| 3 | | Contents of package addressed to: Shane Salas, 118 Abangbang Loop Yigo, Guam 96929 | | |
| 4(a-aa) | | Photographs of package intercepted on 8/24/20 to: Shane Salas, 118 Abanbang Loop Yigo, Guam 96929 | | |
| 5 | | Package intercepted on 8/24/20 addressed to: Shane Salas, 118 Abanbang Loop, Yigo, Guam 96929 | | |
| 6 | | Contents of package addressed to Shane Salas, 118 Abanbang Loop Yigo, Guam 96929 | | |
| 7 | | Photograph of Defendant and car, 118 Abanbang Loop, Yigo, Guam | | |
| 8 | | Photograph of residence at 118 Abanbang Loop, Yigo, Guam | | |
| 9 | | Photograph of Pickup Truck (Front) | | |
| 10 | | Photograph of Pickup Truck (Left) | | |
| 11 | | Photograph of Truck Bed | | |
| 12 | | Photograph of seat (interior) of Truck | | |
| 13 | | Photograph of open container | | |
| 14 | | Photograph of interior of residence (dining table) | | |
| 15 | | Photograph of interior of residence (couch) | | |
| 16 | | Photograph of clothes hanging in closet | | |
| 17 | | Photograph of hallway and door | | |
| 18 | | Photograph of Defendant's bedroom, bed, bushcutter, closet | | |

| | | | | | |
|---|---|---|---|---|---|
| 19 | | Photograph of Defendant's bedroom, bed, bushcutter | | |
| 20 | | Photograph of Defendant's red/white bed | | |
| 21 | | Photograph of red bed with toys | | |
| 22 | | Photograph of foot of red bed, toys, Cesar Dog food bag | | |
| 23(a-b) | | Photograph of shelf with keys, drink cans | | |
| 24 | | Photograph of plastic bag, tools wrapped in plastic | | |
| 25 | | Photograph of "Ugly Dolls" and tray with methamphetamine | | |
| 26 | | Photograph of pink packet on carpet | | |
| 27 | | Photograph of grey cabinet behind red bed. | | |
| 28 | | Photograph of First Alert safe | | |
| 29 | | Photograph of First Alert safe (close up) | | |
| 30 | | Photograph of First Alert safe (open) with methamphetamine | | |
| 31 | | Photograph of First Alert safe (open) with 2 cellular phones | | |
| 32 | | Photograph of letters and envelopes | | |
| 33 | | Letters and envelopes | | |
| 34 | | Photograph of Cesar dry dog food (opened) with white bundles. | | |
| 35 | | Photograph of Cesar dry dog food bag with plastic bundle, test. | | |
| 36 | | Methamphetamine Hydrochloride | | |
| 37 | | Photograph of black safe | | |
| 38 | | Key | | |
| 39 | | Identification card | | |
| 40 | | Photograph of interior of metal barrel | | |
| 41 | | Photograph of metal barrel, open on bottom, burned items. | | |
| 42 | | Photograph of gas can with ignitor | | |
| 43(a-b) | | Photographs of marijuana plant | | |
| 53 | | Audio recording of Defendant's interview | | |

**Witness No. 2:** Jon Calvo

| Exhibit No. | Page No. | Description | Identified | Admitted |
|---|---|---|---|---|
| 6 | | Contents of package addressed to: Shane Salas, 118 Abanbang Loop Yigo, Guam 96929 | | |

**Witness No. 3:** Henry James

| Exhibit No. | Page No. | Description | Identified | Admitted |
|---|---|---|---|---|
| 9 | | Photograph of Pickup Truck (Front) | | |
| 5 | | Package intercepted on 8/24/20 addressed to: Shane Salas, 118 Abanbang Loop, Yigo, Guam 96929 | | |

**Witness No. 4:** Shawn Ayuyu

| Exhibit No. | Page No. | Description | Identified | Admitted |
|---|---|---|---|---|
| 44 | | Summary of Cell Phone Extraction (Samsung) | | |
| 45 | | Summary of Cell Phone Extraction (Nokia) | | |

**Witness No. 5:** Ashley Bennett

| Exhibit No. | Page No. | Description | Identified | Admitted |
|---|---|---|---|---|
| 46 | | Laboratory Report, Methamphetamine Hydrochloride, 2,233 grams, 99% purity level | | |
| 47 | | Laboratory Report, Methamphetamine Hydrochloride, 2.81 grams, 99% purity level | | |
| 48 | | Laboratory Report, Methamphetamine Hydrochloride, .345 grams, 99% purity level | | |
| 49 | | Laboratory Report, Methamphetamine Hydrochloride, residue | | |
| 50 | | Laboratory Report, Methamphetamine Hydrochloride, 1,711 grams, 71% purity level | | |

| 51 | 51-1 to 51-2 | CV of Ashley Bennett | | |
| 52 | | Laboratory Report, Methamphetamine Hydrochloride, 435 grams, 99% purity level | | |

# CERTIFICATION

Comes now, Rosetta L. San Nicolas, Assistant U.S. Attorney for the District of Guam, and states that I have reviewed the proposed Exhibit List in Criminal Case No. 20-00021, <u>United States v. RICKY JAMES JR. SALAS SANTOS,</u> and certify that the Exhibit List is accurate to the best of my ability.

Dated this 11th day of August, 2021.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: <u>/s/ Rosetta L. San Nicolas</u>
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney