```
 1  SHAWN N. ANDERSON
    United States Attorney
 2  ROSETTA L. SAN NICOLAS
    Assistant United States Attorney
 3  Suite 500, Sirena Plaza
    108 Hernan Cortez Avenue
 4  Hagatna, Guam 96910
    Telephone: (671) 472-7332
 5  Facsimile: (671) 472-7334

 6  Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' AMENDED WITNESS LIST** |
| RICKY JAMES JR. SALAS SANTOS, | |
| Defendant. | |

1. Jeffrey D. Knight
   Special Agent, Drug Enforcement Administration
   Hagatna, Guam

2. Willie Hayes
   Special Agent, Drug Enforcement Administration
   Hagatna, Guam

3. Benjamin Whitsitt
   Postal Inspector, U.S. Postal Inspection Service
   Hagatna, Guam

4. Perston Ellis
   Postal Inspector, U.S. Postal Inspection Service
   Hagatna, Guam

5. Jeremiah A. Cruz
   Task Force Officer, Drug Enforcement Administration
   Hagatna, Guam

1

6. David Elliott
   Task Force Officer, Drug Enforcement Administration
   Hagatna, Guam

7. Henry James
   Task Force Officer, Drug Enforcement Administration
   Hagatna, Guam

8. Jan M. Dizon
   Task Force Officer, Drug Enforcement Administration
   Hagatna, Guam

9. Jeremiah DeChavez
   Task Force Officer, Drug Enforcement Administration
   Hagatna, Guam

10. Shawn Ayuyu
    Task Force Officer, Drug Enforcement Administration
    Hagatna, Guam

11. Ashley L. Bennett
    Forensic Chemist, Drug Enforcement Administration
    Vista, California

12. Nicholas Wellein
    Special Agent, U.S. Coast Guard
    Hagatna, Guam

13. Jonathan Calvo
    Task Force Officer, USPS
    Hagatna, Guam

Dated this 12th day of August, 2021.

                                                SHAWN N. ANDERSON
                                                United States Attorney
                                                Districts of Guam and NMI

By:   /s/ Rosetta L. San Nicolas
       ROSETTA L. SAN NICOLAS
       Assistant U.S. Attorney