| Date | ECF | Description |
|------|-----|-------------|
| 08/27/21 | 1 | Complaint |
| 09/01/20 | 50 – Ex. A | Defendant's Discovery Request Letter |
| 09/09/20 | 6 | Indictment |
| 09/17/20 | 10 | Gov.'s Initial Discovery Due Date |
| 10/01/20 | 11-12 | Gov's Amended Discovery Due Date after Gov. Motion for Extention of Time to Provide Discovery |
| 10/15/20 | 18, 22 | D's First Motion to Continue Trial and Briefing Schedule Pending Supplemental Discovery |
| 10/19/20 | 50 – Ex. B | D's First Supplemental Discovery Request |
| 10/24/20 | 24 | Mag.'s Due Process Protection Act warning given to Government |
| 01/05/21 | 50 – Ex. C | D's follow up email to Government re: outstanding discovery requested in October of 2020. |
| 01/06/21 | 46-47 | D's Second Motion to Continue Trial and Related Dates to allow government time to provide additional supplemental Discovery |
| 02/19/21 | 50 – Ex. D | D's second follow up email to Gov re: outstanding discovery and Second Supplemental Discovery Request seeking grand jury testimony |
| 03/03/21 | 50 | Motion to Compel Discovery |
| 04/07/21 | 60 | D's Motion to Vacate Briefing Schedule and Set Hearing on Motion to Compel |
| 04/23/21 | 73 | Order Vacating Trial Date and Associated Dates and Deadlines, Subject to Rescheduling upon Resolution of the Motion to Compel |
| 06/08/21 | 86 | Hearing on Motion to Compel before Magistrate Bordallo |
| 07/06/21 | 87 | Order Granting in Part and Denying in Part D's Motion to Compel Production of Discovery |
| 07/06/21 | 88 | Third Amended Trial Scheduling Order (with no briefing schedule included) |
| 07/20/21 | 91 | Notice of Appeal of Magistrate's Decision |
| 07/29/21 | 96 | Conference call with CJFTG to discuss trial readiness and wherein Ricky again requested a motion's deadline and briefing schedule |
| 08/06/21 | 100 | Order affirming Magistrate Bordallo's ruling on motion to compel |
| 08/06/21 | 100 | Order setting Trial for 8/17/21; Pretrial conf. 8/10/21 and requiring the filing of trial materials on 08/09/21 |