# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: 1:20-cr-00021-001				DATE: August 13, 2021

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Spencer Tolson			Court Reporter: Veronica Flores
Courtroom Deputy: Carmen B. Santos		Hearing Times: 9:52 - 10:41
						              11:13 - 12:34

**APPEARANCES:**

Defendant: Ricky James Jr. Salas Santos			Attorney: Briana E. Kottke
☑ Present ☑ Custody ☐ Bond ☐ P.R.			☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas			U.S. Agent: Ben Whitsitt, PI, USPIS
U.S. Probation: None Present
Interpreter:							Language:

**PROCEEDINGS: Pretrial Conference and Hearing on Motions**

- Witness Benjamin Whitsitt sworn and examined.
- Motions argued.
  (1) ECF [57] - Court finds 404b evidence to be relevant; motion granted.
  (2) ECF [108] - Exclusion of Exhibits 43(a) and 43(b) not relevant, exhibits excluded.
- Jury Trial to proceed as scheduled on: August 17, 2021 at 10:00 AM
- Government power point exhibit marked as Exhibit 1.

NOTES: Court informed parties of possibility of begin earlier than 10:00 AM on 8/17/2021.

Court standard Opening Jury Instructions to be emailed to

parties. Also present: Leilani Hernandez, Jury Administrator