**THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
| Plaintiff, | |
| vs. | **ORDER** |
| RICKY JAMES JR. SALAS SANTOS, | |
| Defendant. | |

     The jury selection and trial scheduled for August 17, 2021 will begin at 8:30 a.m. instead of 10:00 a.m.

    **SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Aug 13, 2021**