

ORIGINAL

FILED
DISTRICT COURT OF GUAM

AUG 16 2021

JEANNE G. QUINATA
CLERK OF COURT

1  SHAWN N. ANDERSON
   United States Attorney
2  ROSETTA L. SAN NICOLAS
   Assistant United States Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Facsimile: (671) 472-7334

6  Attorneys for the United States of America

7              IN THE UNITED STATES DISTRICT COURT

8                FOR THE TERRITORY OF GUAM

9

10  UNITED STATES OF AMERICA,          CRIMINAL CASE NO. 20-00021

11                    Plaintiff,
                                       APPLICATION TO SEAL
                                       DOCUMENTS
12          vs.

13  RICKY JAMES JR. SALAS SANTOS,

14                    Defendant.

15

16        The United States moves this Honorable Court for an order sealing the plea agreement and

17  all related documents in the above-entitled case for the reason that by keeping the plea agreement

18  and its related documents sealed will allow for the defendant to engage in 5K1.1 cooperation.

19        The United States also moves to file this application and order under seal and remain sealed

20  until further order of the Court as to prevent the public from any knowledge that these documents

21  exist.

22

23        Respectfully submitted this 16TH day of August, 2021.

24                                    SHAWN N. ANDERSON
                                      United States Attorney
25                                    Districts of Guam and NMI

26                          By:   _____

27                                    ROSETTA L. SAN NICOLAS
                                      Assistant U.S. Attorney
28