SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 20-00021 |
| Plaintiff, | **ORDER** |
| vs. | Granting United States' Application to Seal Documents |
| RICKY JAMES JR. SALAS SANTOS, | |
| Defendant. | |

Upon motion by the United States and for good cause shown, the court grants the motion and orders that the plea agreement be filed under seal.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Aug 17, 2021**