# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: 1:20-cr-00021-001          DATE: August 17, 2021

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Spencer Tolson      Court Reporter: Veronica Flores
Courtroom Deputy: Carmen B. Santos      Hearing Times: 8:55 - 9:54; 1:13 - 1:23

**APPEARANCES:**
Defendant: Ricky James Jr. Salas Santos      Attorney: Briana E. Kottke
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas
U.S. Probation: Janet Yamashita
Interpreter:

**PROCEEDINGS: CHANGE OF PLEA HEARING**
- Pen and ink changes made to the Plea Agreement.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty as to Count 1.
- Plea: Accepted.
- Sentencing set for: November 15, 2021 at 9:30 AM
- Sentencing Scheduling Order to be issued.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Court orders jurors be sequestered. Lunch provided jurors.
- Court addresses jurors and thanked them for their patience and service.

NOTES: