# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Ricky James Jr. Salas Santos,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 20-00021<br><br><br><br>**SENTENCING SCHEDULING ORDER** |

**IT IS HEREBY ORDERED THAT:**

- U.S. Probation Office shall file and serve a Draft Presentence Report no later than . . . . . . . . . . . . . . . . . . . .    October 1, 2021, at 3:00 pm

- Each party shall file and serve a Response to the Draft Presentence Report no later than . . . . . . . . . . . . . . . . . . . .    October 15, 2021, at 3:00 pm

    ▸ A "Response" shall include any and all objections to material information, the computation of the sentencing guideline range(s), and policy statements contained in or omitted from the report.

- If an Objection is filed, the opposing party shall file and serve a Reply to the Objection no later than . . . . . . . . . . .    October 22, 2021, at 3:00 pm

- U.S. Probation Office shall file and serve the Final Presentence Report, including the Addendum and Sentencing Recommendation, no later than . . . . . . . . . . .    October 29, 2021, at 3:00 pm

- Each party shall file and serve a sentencing memorandum and any motion for an upward or downward departure along with the grounds for such departure (*e.g.*, substantial assistance, aggravating or mitigating circumstances of a kind or to a degree not adequately considered by the Guidelines, etc.) . . . . . . . . . . . . . . . . . .    November 5, 2021, at 3:00 pm

- A sentencing hearing shall be held on . . . . . . . . . . . . . . . .    November 15, 2021 at 9:30 a.m.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　**/s/ Frances M. Tydingco-Gatewood**
　　　　　　　　　　　　　　　　　　　　　　**Chief Judge**
　　　　　　　　　　　　　　　　　　**Dated: Aug 17, 2021**