# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY JAMES JR. SALAS SANTOS,<br><br>Defendant. | CRIMINAL CASE NO. 20-00021<br><br>**ORDER** |

  The morning of August 17, 2021, this matter was scheduled for jury selection and trial. During jury orientation, a summoned juror informed the Jury Administrator that he had received notice the preceding night that he may have been in contact with a COVID-19 positive individual five days previously.

  The court determines that local appropriated funds be made available to pay for the cost of conducting a rapid Covid-19 test on the juror. The expense primarily benefits the government and is an essential, constituent part of the effective accomplishment of the constitutional responsibility to adjudicate this criminal case, notwithstanding any incidental personal benefit to the juror.

  The court further finds it necessary to sequester the assembled jury pool for a brief period until the results of the rapid Covid-19 test are known.

  **SO ORDERED.**



/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Aug 17, 2021**