SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>RICKY JAMES JR. SALAS SANTOS,<br><br>                    Defendant. | CRIMINAL CASE NO. 20-00021<br><br>**UNITED STATES' RESPONSE TO DRAFT PRESENTENCE REPORT** |

Comes now, the United States of America having reviewed the draft Presentence Report filed on October 1, 2021 (ECF No. 125) and files this response.

**Paragraph 27**. The U.S. Probation Office indicates that the base offense level under USSG § 2D1.1(a)(5)(c)(4) is 32. The United States notes that the parties agreed in the plea agreement that the Defendant's Base Offense Level is 30. (ECF No. 119, Plea Agreement, at 7).

USSG § 2D1.1(a)(5) states:

"(5) the offense level specified in the Drug Quantity Table set forth in subsection (c), except that if (A) the defendant receives an adjustment under §3B1.2 (Mitigating Role); and (B) the base offense level under subsection (c) is (i) level **32**, decrease by **2** levels…"

**Paragraph 30**. The Government requests that the Draft Presentence Report reflect that Defendant is a minor participant pursuant to USSG § 3B1.2(b), with a decrease of two levels. (ECF No. 119, Plea Agreement, at 8).

The United States adopts the remaining findings of the draft Presentence Report.

Respectfully submitted this 5th day of October, 2021.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By:     */s/ Rosetta San Nicolas*
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney