# THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 20-00021 |
| Plaintiff, | ) ) ) | ORDER CONTINUING SENTENCING HEARING |
| vs. | ) ) | |
| RICKY JAMES JR. SALAS SANTOS, | ) ) | |
| Defendant. | ) ) | |

Defendant's motion to continue sentencing hearing is **GRANTED**. Sentencing currently set for November 9, 2021 is continued to December 1, 2021, at 1:30 p.m.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
　**Chief Judge**
**Dated: Nov 08, 2021**