# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

| | |
|---|---|
| **United States of America** | NOTICE |
| V. | |
| **Ricky James Jr. Salas Santos,** | CASE NUMBER: **20-cr-00021** |
| Defendant(s). | |

TYPE OF CASE:

    CIVIL    **X**   CRIMINAL    PETTY OFFENSE

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>**Hagatna, Guam 96910** | **4th Floor Courtroom** |
| | DATE AND TIME |

TYPE OF PROCEEDING

## Sentencing (video)

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE:<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | DATE AND TIME PREVIOUSLY SCHEDULED:<br><br>**December 1, 2021 at 1:30 p.m.** | MOVED TO DATE AND TIME:<br><br>**December 10, 2021 at 8:00 a.m.** |
|---|---|---|

 

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| | |
|---|---|
| November 18, 2021 | /s/ WALTER M. TENORIO |
| DATE | (BY) DEPUTY CLERK |

TO: