# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: 1:20-cr-00021-001     DATE: December 20, 2021

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Karen Quitlong     Court Recorder: Carmen Santos
Courtroom Deputy: Carmen B. Santos     Hearing Times: 1:37 - 1:50
                                                       2:03 - 3:04

**APPEARANCES:**

Defendant: Ricky James Jr. Salas Santos     Attorney: Briana E. Kottke
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas

U.S. Probation: Janet Yamashita     U.S. Agents: Willy Hayes, Dave Elliot
                                                  and Jan Dizon, DEA
                                                  Benjamin Whitsitt, USPIS

**PROCEEDINGS: SENTENCING**

- Objection to PSR sustained. Court adopts PSR with modification.
- Defendant committed to the Bureau of Prisons for a term of 51 months, with credit for time served.
- Court recommends defendant be incarcerated at Sheridan, Oregon
- Upon release from imprisonment, defendant is placed on supervised release for a term of 5 years.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.
- Government motion to dismiss Count 2 is granted.

- I, Carmen B. Santos, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: